```
THOMAS P. O'BRIEN                                             JS-6
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOHN E. LEE (CBN 128696)
Assistant United States Attorney
     Room 7516 Federal Building
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-3995
     Facsimile: (213) 894-2380
     Email:  john.lee2@usdoj.gov

Attorneys for Defendants
MICHAEL MUKASEY, MICHAEL CHERTOFF,
DONALD NEUFELD, ROBERT S. MUELLER, III,
and U.S. CITIZENSHIP & IMMIGRATION SERVICES
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GEORGE M. SUKKAR,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL MUKASEY, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; DONALD NEUFELD, Director of the United States Citizenship and Immigration Services, California Service Center; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation; and the UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>　　　Defendants. | CV 08-01206 PA (PJWx)<br><br><u>ORDER DISMISSING ACTION WITHOUT PREJUDICE</u> |

1  Upon stipulation of the parties, and good cause appearing,
2  IT IS ORDERED pursuant to Rule 41(a)(1)(A)(ii) and 41(a)(2) of
3  the Federal Rules of Civil Procedure that this action shall and
4  hereby is DISMISSED without prejudice, each side to bear his or
5  their own costs of suit.
6  IT IS FURTHER ORDERED that the scheduling conference set for
7  October 6, 2008 in this matter is hereby vacated.
8  DATED: September 12, 2008

_____
HON. PERCY ANDERSON
United States District Judge